# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 23, 2012

Before:

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 10-2922 | JOHN DOE, 3, a minor by DOE 3's next best friend Doe 2, et al., Plaintiffs - Appellants<br><br>v.<br><br>ELMBROOK SCHOOL DISTRICT, Elmbrook Joint Common School District No. 21, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:09-cv-00409-CNC<br>Eastern District of Wisconsin<br>District Judge Charles N. Clevert | |

We **REVERSE**, with costs, the district court's grant of summary judgment for the District, **REVERSE** the district court's denial of summary judgment in favor of the Does, and **REMAND** to the district court for proceedings consistent therewith. The above is in accordance with the decision of this court entered on this date.

* Circuit Judge Rovner took no part in the consideration or decision of this case.

form name: **c7_FinalJudgment**(form ID: **132**)